**JOHNSTON LAW FIRM LLC**
Thomas O. Johnston, Esq. (ID: 040061998)
151 Forest Street
Montclair, NJ 07042
(Tel) 973-447-4610
Attorneys for Plaintiff,
Hatikvah International Academy Charter School

**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| HATIKVAH INTERNATIONAL ACADEMY CHARTER SCHOOL<br><br>    Plaintiff (Respondent Below),<br><br>v.<br><br>EAST BRUNSWICK TOWNSHIP BOARD OF EDUCATION (Petitioner Below) and A.K. and R.K. on behalf of H.K. (Respondent Below), a minor<br>    Defendants. | Civil Action No.<br><br>**ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION** |

**THIS MATTER**, having been brought before the Court by Plaintiff, through its counsel, by way of Verified Complaint and Order to Show Cause seeking the vacating of the February 6, 2020 Order entered by the Honorable Susan L. Olgiati, A.L.J. and injunctive relief, pursuant to 20 U.S.C. §1415(j) and Federal Rule of Civil Procedure 65 and L. Cv. R. 65.1, and the Court having determined that good and sufficient reasons exist to proceed by way of Order to Show Cause, and for good cause shown.

**IT IS** on this _____ day of _____ 2020,

**ORDERED** that the Defendants appear and show cause on the ___ day of _____, 2020, before the United States District Court for the District of New Jersey, Hon. _____,

1

at the _____ US Courthouse, located at _____ New Jersey at _____ o'clock in the _____, or as soon thereafter as counsel can be heard, why an Order should not be entered;

     1.    Granting preliminary injunctive relief vacating the order of Hon. Susan L. Olgiati, A.L.J. dated January 6, 2020 and requiring the Defendant East Brunswick Board of Education to fund H.K.'s placement at the Laurel School, including transportation costs, until the conclusion of the due process proceedings and any appeals therefrom.

     2.    Granting such other relief as the Court deems equitable and just.

And it is further **ORDERED** that:

     1.    A copy of this Order to Show Cause, Complaint and Memorandum of Law submitted in support of this application shall be served upon the Defendants within _____ days of the date hereof, in accordance with FRCP 4.

     2.    The Plaintiff must file with the Court its proof of service of the pleadings on the Defendant no later than three (3) days before the return date.

     3.    Defendant shall file and serve a written response to this Order to Show Cause and proof of service by _____, 2020.  You must send a courtesy copy of your opposition papers directly to Judge _____, whose address is: _____, New Jersey.

     4.    The Plaintiff must file and serve any written reply to the Defendant's opposition to the Order to Show Cause by _____ 2020.  A courtesy copy of the reply papers must be sent directly to the chambers of Judge _____ .

2

5. If the Defendants do not file and serve opposition to this Order to Show Cause, the application will be decided on the papers on the return date and relief may be granted by default, provided that the Plaintiff files a proof of service and a proposed form of Order at least three days prior to the return date.

6. If the Plaintiff has not already done so, a proposed form of Order addressing the relief sought on the return date (along with a self-addressed return envelope with return address and postage) must be submitted to the Court no later than three (3) days before the return date.

7. The Court will notify the parties whether it will entertain argument on the return date of the Order to Show Cause in accordance with Local Civil Rule 78.1.

_____
United States District Court Judge