**JOHNSTON LAW FIRM LLC**
Thomas O. Johnston, Esq. (Id: 040061998)
151 Forest Street
Montclair, NJ 07042
(Tel) 973-447-4610
Attorneys for Plaintiff,
Hatikvah International Academy Charter School

## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| HATIKVAH INTERNATIONAL ACADEMY CHARTER SCHOOL<br>　　　　Plaintiff (Respondent Below),<br><br>v.<br><br>EAST BRUNSWICK TOWNSHIP BOARD OF EDUCATION (Petitioner Below) and A.K. and R.K. on behalf of H.K. (Respondent Below), a minor<br>　　　　Defendants | Civil Action No.<br><br>**ORDER GRANTING**<br>**PRELIMINARY INJUNCTIVE RELIEF** |

**THIS MATTER** having been brought before the Court by way of an Order to Show Cause seeking a stay of the February 6, 2020 Order entered by the Honorable Susan L. Olgiati, A.L.J., and the Court having considered the matter and for good cause shown;

IT IS on this _____ day of _____ 2020;

**ORDERED** that the February 6, 2020 Order entered by the Hon. Susan Olgiati, A.L.J. requiring Hatikvah International Charter School to fund H.K.'s current educational placement at the Laurel School be and is hereby VACATED; and it is further

**ORDERED** that East Brunswick Township Board of Education fund H.K.'s stay put educational placement at the Laurel School, including transportation costs to and from the Laurel

School, pending conclusion of the due process hearing and any appeals therefrom; and it is further

**ORDERED** that a copy of this Order be served on all counsel within ___ days hereof.

_____
U.S.D.J.

( ) Opposed

( ) Unopposed