Thomas O. Johnston (040061998)
**JOHNSTON LAW FIRM LLC**
151 Forest Street, Suite A
Montclair, NJ 07042
Phone: (973) 447-4610
Fax: (973) 447-4611
Attorneys for Plaintiff,
Hatikvah International Academy Charter School

| | |
|---|---|
| HATIKVAH INTERNATIONAL ACADEMY CHARTER SCHOOL<br><br>Plaintiff (Respondent Below),<br><br>v.<br><br>EAST BRUNSWICK TOWNSHIP BOARD OF EDUCATION (Petitioner Below) and A.K. and R.K. on behalf of H.K. (Respondents Below), a minor<br><br>Defendants. | ON APPEAL FROM AN ORDER GRANTING EMERGENT RELIEF BY SUSAN L. OLGIATI, A.L.J.<br><br>Civil Action No.<br><br>**CERTIFICATION OF SERVICE** |

I, Yasmin LoPrete, of full age, being duly sworn according to law, upon my oath depose and say as follows:

1. I am a paralegal at Johnston Law Firm LLC, and am fully familiar with the facts set forth herein.

2. On March 4, 2020, I caused an original and one copy following documents to be forwarded on behalf of Plaintiff Hatikvah International Academy Charter School ("Hatikvah") via New Jersey Lawyers Service to the Clerk, United States District Court, District of New Jersey, Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, NJ 08608:

    a. Proposed Order to Show Cause;
    b. Verified Complaint for Preliminary Injunction, with exhibits, under seal;
    c. Civil Cover Sheet;
    d. Memorandum of Law in Support of Application for Injunctive Relief;
    e. *E.M. o/b/o J.B. v. East Orange Board of Education*, decided June 26, 2008 (unreported);
    f. Certification of Marcia Grayson, with exhibits, dated January 28, 2020; and

    g.   Proposed Order for Injunction.

I further certify that I caused a copy of the above-referenced documents to be forwarded via Federal Express to:

1. Hon. Susan Olgiati, ALJ
   Office of Administrative Law
   3444 Quakerbridge Road
   Quakerbridge Plaza-Bldg.9
   Mercerville (Hamilton Twp.), NJ 08619

2. Jodi Howlett, Esq.
   Cleary, Giacobbe, Alfieri & Jacobs, LLC
   955 State Route 34
   Suite 200
   Matawan, NJ 07747

3. Michael Inzelbuch, Esq.
   1340 West County Line Road
   Lakewood, NJ 08701

I hereby certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

                                                                                            */s/ Yasmin LoPrete*
                                                                                            Yasmin LoPrete

Dated:  March 4, 2020