# MICHAEL I. INZELBUCH
Attorney-at-Law
1340 West County Line Road
Lakewood, New Jersey 08701

**Member NJ and NY Bars**

***Phone*: 732-905-0325**
*Fax:* **732-905-5872**

**E-Mail:  Michael@inzelbuchlaw.com**
**Staff E-Mail:  Sandra@inzelbuchlaw.com / Taylor@inzelbuchlaw.com**
**Bookkeeping: Bookkeeping@inzelbuchlaw.com**

<u>**VIA EFC FILING**</u>

April 27, 2020

The Honorable Anne E. Thompson, USDC
Clarkson S Fisher Building
402 East State Street
Trenton, New Jersey 08608

      Re:    <u>**Hatikvah International Academy Charter School v. East Brunswick Twp. Bd. of Educ.**</u>
              **Docket No.:  3:20-cv-02382-AET-ZNQ**

Dear Judge Thompson:

As Your Honor is aware this office represents the interests of the parent and minor child in connection with this matter (A.K. & R.K. o/b/o H.K.).

The parents herein (A.K. & R.K.) have been notified by the agreed upon stay-put placement, to wit, the accredited and agreed upon Laurel School, that they have not received tuition payment, etc., for several months, although payment was ORDERED to be made by Hatikvah International Academy Charter School by The Honorable Susan Olgiati, ALJ.

Your Honor's immediate assistance is respectfully requested so as to avoid the termination of the child's program/placement by the Laurel School.

                                                Respectfully submitted,
                                                s/**MICHAEL I. INZELBUCH, ESQ.**
                                                **MICHAEL I. INZELBUCH, ESQ.**

MII/sn
cc:    Thomas O. Johnston, Esquire
        Jodi S. Howlett, Esquire
        Clients
DICTATED ONLY