NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| HATIKVAH INTERNATIONAL ACADEMY CHARTER SCHOOL, <br><br> Plaintiff, <br><br> v. <br><br> EAST BRUNSWICK TOWNSHIP BOARD OF EDUCATION *et al.*, <br><br> Defendants. | Civ. No. 20-2382 <br><br> **ORDER** |

THOMPSON, U.S.D.J.

For the reasons set forth in this Court's Opinion on this same day,

IT IS, on this 12th day of May, 2020,

ORDERED that the Application for a Preliminary Injunction filed by Plaintiff Hatikvah International Academy Charter School ("Plaintiff") (ECF No. 1) is GRANTED IN PART and DENIED IN PART; and it is further

ORDERED that Plaintiff's Application for a Preliminary Injunction (ECF No. 1) is GRANTED to the extent that it requests that the Court vacate Administrative Law Judge ("ALJ") Susan Olgiati's ruling (Pl.'s Ex. G, ECF No. 1) requiring Plaintiff to reimburse Defendant East Brunswick Township Board of Education ("East Brunswick") for the costs of H.K.'s transportation to and from the Laurel School of Princeton (the "Laurel School") while Defendant East Brunswick's due process petition (Pl.'s Ex. D, ECF No. 1) is pending; and it is further

ORDERED that Defendant East Brunswick shall provide H.K. with transportation to and from the Laurel School and pay for the costs of H.K.'s transportation to and from the Laurel

School while Defendant East Brunswick's due process petition (Pl.'s Ex. D) is pending; and it is further

ORDERED that Plaintiff's Application for a Preliminary Injunction (ECF No. 1) is DENIED to the extent that it requests that the Court vacate ALJ Olgiati's ruling (Pl.'s Ex. G) requiring Plaintiff to pay for H.K.'s tuition costs at the Laurel School while Defendant East Brunswick's due process petition (Pl.'s Ex. D) is pending.

*/s/ Anne E. Thompson*
ANNE E. THOMPSON, U.S.D.J.