**JOHNSTON LAW FIRM LLC**
Thomas O. Johnston, Esq. (ID: 040061998)
151 Forest Street
Montclair, NJ 07042
(Tel) 973-447-4610
Attorneys for Plaintiff,
Hatikvah International Academy Charter School, Inc.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| HATIKVAH INTERNATIONAL ACADEMY CHARTER SCHOOL<br><br>　　　　Plaintiff (Respondent Below),<br><br>v.<br><br>EAST BRUNSWICK TOWNSHIP BOARD OF EDUCATION (Petitioner Below) and A.K. and R.K. on behalf of H.K. (Respondent Below), a minor<br><br>　　　　Defendants. | DOCKET NO.:　20-2382<br><br><br><br>**NOTICE OF APPEAL** |

PLEASE TAKE NOTICE that Hatikvah International Academy Charter School, Inc., Plaintiff

in the above-captioned matter, hereby appeals to the United States Court of Appeals for the

Third Circuit from an Order dated May 12, 2020 denying Plaintiff's Application for a Preliminary

Injunction.

JOHNSTON LAW FIRM LLC
Attorneys for Plaintiff
Hatikvah International Academy Charter School, Inc.

By:_____
　　　　Thomas O. Johnston

Dated: May 27, 2020

**CERTIFICATION OF SERVICE**

This is to certify that a copy of the foregoing Notice of Appeal has been electronically submitted to the Clerk of the Court this 27 day of May, 2020, via the ECF System for filing and electronic service to the following ECF registrants:

        Jodi Howlett, Esq.
        Cleary, Giacobbe, Alfieri & Jacobs, LLC
        955 State Route 34
        Suite 200
        Matawan, NJ 07747

        Michael Inzelbuch, Esq.
        1340 West County Line Road
        Lakewood, NJ 08701

By:_____
            Thomas O. Johnston