NOT FOR PUBLICATION

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| HATIKVAH INTERNATIONAL ACADEMY CHARTER SCHOOL, <br><br> Plaintiff, <br><br> v. <br><br> EAST BRUNSWICK TOWNSHIP BOARD OF EDUCATION *et al.*, <br><br> Defendants. | Civ. No. 20-2382 <br><br> **ORDER** |

THOMPSON, U.S.D.J.

      IT APPEARING that Plaintiff Hatikvah International Academy Charter School ("Plaintiff") requested the following relief in the Complaint: an order vacating Administrative Law Judge ("ALJ") Susan Olgiati's February 6, 2020 Order, preliminary injunctive relief during the pendency of Defendant East Brunswick Township Board of Education's due process proceedings, attorneys' fees, and such other relief as the Court deems just and proper (Compl. at 11, 14, ECF No. 1); and it further

      APPEARING that the Court's May 12, 2020 Order (ECF No. 20), which granted in part and denied in part Plaintiff's Application for a Preliminary Injunction and vacated in part ALJ Olgiati's February 6, 2020 Order, addressed Plaintiff's requests for relief;

      IT IS, on this 30th day of December, 2020,

      ORDERED that the Clerk of the Court shall CLOSE this case.

      */s/ Anne E. Thompson*
      ANNE E. THOMPSON, U.S.D.J.