UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 20-2083
_____

HATIKVAH INTERNATIONAL ACADEMY CHARTER SCHOOL, Appellant

v.

EAST BRUNSWICK TOWNSHIP BOARD OF EDUCATION;
A.K. & R.K. on behalf of H.K.

_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. No. 3:20-cv-2382)
District Judge: Honorable Anne E. Thompson
_____

Argued: April 12, 2021

Before: CHAGARES, JORDAN, and SCIRICA, Circuit Judges
_____

JUDGMENT
_____

This cause came to be considered on appeal from the United States District Court for the District of New Jersey and was argued on April 12, 2021.

On consideration whereof, it is now hereby ORDERED and ADJUDGED by this Court that the Judgment of the District Court entered on May 12, 2020 is REVERSED IN PART and the case is REMANDED for further proceedings consistent with the Opinion of this Court. Costs to be taxed against Appellee East Brunswick Township Board of Education. All of the above in accordance with the Opinion of this Court.

ATTEST:

s/Patricia S. Dodszuweit
Clerk

Dated: August 19, 2021

OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**



UNITED STATES COURT OF APPEALS
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

August 19, 2021

Jodi S. Howlett, Esq.
Cleary Giacobbe Alfieri & Jacobs
955 State Route 34
Suite 200
Matawan, NJ 07747

Michael I. Inzelbuch, Esq.
555 Madison Avenue
S.I. Bank & Trust Building
Lakewood, NJ 08701

Thomas O. Johnston, Esq.
151 Forest Street
Suite A
Montclair, NJ 07042

RE: Hatikvah International Academy v. East Brunswick Township Board, et al
Case Number: 20-2083
District Court Case Number: 3-20-cv-02382

ENTRY OF JUDGMENT

Today, **August 19, 2021** the Court entered its judgment in the above-captioned matter pursuant to Fed. R. App. P. 36.

If you wish to seek review of the Court's decision, you may file a petition for rehearing. The procedures for filing a petition for rehearing are set forth in Fed. R. App. P. 35 and 40, 3rd Cir. LAR 35 and 40, and summarized below.

Time for Filing:
14 days after entry of judgment.
45 days after entry of judgment in a civil case if the United States is a party.

<u>Form Limits</u>:
3900 words if produced by a computer, with a certificate of compliance pursuant to Fed. R. App. P. 32(g).
15 pages if hand or type written.

<u>Attachments</u>:
A copy of the panel's opinion and judgment only.
Certificate of service.
Certificate of compliance if petition is produced by a computer.
No other attachments are permitted without first obtaining leave from the Court.

Unless the petition specifies that the petition seeks only panel rehearing, the petition will be construed as requesting both panel and en banc rehearing. Pursuant to Fed. R. App. P. 35(b)(3), if separate petitions for panel rehearing and rehearing en banc are submitted, they will be treated as a single document and will be subject to the form limits as set forth in Fed. R. App. P. 35(b)(2). If only panel rehearing is sought, the Court's rules do not provide for the subsequent filing of a petition for rehearing en banc in the event that the petition seeking only panel rehearing is denied.

A party who is entitled to costs pursuant to Fed.R.App.P. 39 must file an itemized and verified bill of costs within 14 days from the entry of judgment. The bill of costs must be submitted on the proper form which is available on the court's website.

A mandate will be issued at the appropriate time in accordance with the Fed. R. App. P. 41.

Please consult the Rules of the Supreme Court of the United States regarding the timing and requirements for filing a petition for writ of certiorari.

Very truly yours,


s/Patricia S. Dodszuweit,
Clerk


By: Stephanie
Case Manager
267-299-4926