

MONTCLAIR, NJ    NEW YORK, NY

THOMAS O. JOHNSTON
tjohnston@johnstonlawfirmllc.com
Member NJ and NY Bars

October 12, 2021

**VIA ELECTRONIC FILING**
Clerk, United States District Court
District of New Jersey
Clarkson S. Fisher Building
& U.S. Courthouse
402 East State Street
Trenton, NJ 08608

    **Re:**  ***HATIKVAH INTERNATIONAL ACADEMY CHARTER SCHOOL v. EAST BRUNSWICK TOWNSHIP BOARD OF EDUCATION***
       Civil Action No.:  3:20-CV-02382-AET-ZNQ; 3rd Cir. No.: 20-2083

Dear Sir/Madam:

  We are counsel to Plaintiff Hatikvah International Academy Charter School ("Hatikvah") in the above matter. Pursuant to Local Rule 79.4, we herein enclose a proposed order reversing in part and remanding for further proceedings the district court judgment entered on May 12, 2020 consistent with the judgment of the United States Court of Appeals for the Third Circuit entered on August 19, 2021. Please note that the "Bill of Costs" was not accepted by the Third Circuit on timeliness grounds. Thank you for your kind courtesies in this regard.

                Respectfully,

                S/
                Thomas O. Johnston

TJ/yl
Enc.
Cc: **VIA FAX TO (609) 989-2007**
   Hon. Anne E. Thompson, U.S.D.J.

   **VIA EMAIL**
   Jodi S. Howlett, Esq.
   Michael I. Inzelbuch, Esq.