**JOHNSTON LAW FIRM LLC**
Thomas O. Johnston, Esq. (Id: 040061998)
151 Forest Street
Montclair, NJ 07042
(Tel) 973-447-4610
Attorneys for Plaintiff,
Hatikvah International Academy Charter School, Inc.

### IN THE UNITED STATES DISTRICT COURT FOR THE
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| HATIKVAH INTERNATIONAL ACADEMY CHARTER SCHOOL<br><br>    Plaintiff (Respondent Below),<br><br>v.<br><br>EAST BRUNSWICK TOWNSHIP BOARD OF EDUCATION (Petitioner Below) and A.K. and R.K. on behalf of H.K. (Respondent Below), a minor,<br><br>    Defendants | D.C. No.: 3:20-cv-02382-AET-ZNQ<br>THIRD CIRCUIT No.: 20-2083<br><br>**ORDER REVERSING IN PART AND REMANDING FOR FURTHER PROCEEDINGS THE DISTRICT COURT JUDGMENT ENTERED ON MAY 12, 2020 CONSISTENT WITH THE JUDGMENT OF THE UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT ENTERED ON AUGUST 19, 2021** |

**NOW, ON THIS DAY ___ day of October, 2021, be and hereby is**

**ORDERED** that the judgment entered on May 12, 2020 in the United States District Court for the District of New Jersey is reversed in part and remanded for further proceedings consistent with the judgment of the United States Court of Appeals for the Third Circuit issued on September 10, 2021; and it is further

**ORDERED** that costs to be taxed against Appellee East Brunswick Township Board of Education.

                                                                          _____
                                                                          Hon. Anne E. Thompson. U.S.D.J.