NOT FOR PUBLICATION

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| HATIKVAH INTERNATIONAL ACADEMY CHARTER SCHOOL, <br><br> Plaintiff, <br><br> v. <br><br> EAST BRUNSWICK TOWNSHIP BOARD OF EDUCATION *et al.*, <br><br> Defendants. | Civ. No. 20-2382 <br><br> **ORDER** |

THOMPSON, U.S.D.J.

     IT IS, on this 14th day of October, 2021,

     ORDERED that the judgment entered in this Court on May 12, 2020 (ECF No. 20) is REVERSED IN PART; and it is further

     ORDERED that judgment is entered consistent with the Opinion of the United States Court of Appeals for the Third Circuit issued on August 19, 2021 (ECF No. 28); and it is further

     ORDERED that costs to be taxed against Appellee East Brunswick Township Board of Education.

                                                            ANNE E. THOMPSON, U.S.D.J.